

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

§          No. 08-15-00347-CR

EX PARTE:  CESAR CORDERO

§          Appeal from

§          120th District Court

§          of El Paso County, Texas

§          (TC # 20110D05095-120-01)

§

## **MEMORANDUM OPINION**

Pending before the Court is the State's motion to dismiss its appeal.  Under Rule 42.2(a), an appellate court is authorized to dismiss an appeal upon the appellant's motion.  *See* TEX.R.APP.P. 42.2(a).  We grant the motion and dismiss the appeal.

August 17, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)